# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| CYBERSHOP, a British Columbia, Canada Partnership; JOHN STUART HARPER, Individually and as General Partner for CYBERSHOP; and KATHY HARPER, Individually and as General Partner of CYBERSHOP, §§§§§§§ | |
| **Plaintiffs,** § | |
| **v.** §§ | **CIVIL ACTION NO. H-00-4315** |
| GREGORY K. DEETER, STAMPS.COM INC., and PHILATELIC.COM, §§§§§ | |
| **Defendants.** § | |

*United States Courts*
*Southern District of Texas*
*ENTERED*
*FEB 1 2 2003*
*Michael N. Milby, Clerk of Court*

## ORDER OF DISMISSAL

On this day, the Court considered Plaintiffs' and Defendant Stamps.com Inc.'s Joint Motion for Dismissal with Prejudice. The parties have advised the Court that all matters in controversy between them have been fully settled, and that the parties no longer desire to prosecute their claims against each other. The Court, having considered the Joint Motion for Dismissal with Prejudice, finds that the Motion should be in all things granted. It is therefore,

**ORDERED** that the Joint Motion for Dismissal with Prejudice should be and is hereby **GRANTED.** It is further

**ORDERED** that all claims which have been or could have been asserted by Plaintiffs against Stamps.com Inc. in this action be and are hereby **DISMISSED WITH PREJUDICE** to refiling of same. It is further

**ORDERED** that all counterclaims which have been or could have been asserted by Stamps.com Inc. against Plaintiffs in this action be and are hereby **DISMISSED WITH PREJUDICE** to refiling of same. It is further



ORDERED that the Registrar's Certificate for the "stamps.com" domain name, which was placed in custody of the Court for safekeeping by Order entered July 10, 2001 and again by Order signed February 27, 2002, is released and that the Clerk of the Court deliver same to counsel for Defendant Stamps.com Inc.  It is further

ORDERED AND DECLARED that Defendant Stamps.com Inc. is the current and proper registrant of the "stamps.com" domain name.  It is further

ORDERED that each party shall bear its own costs of suit.  It is further

ORDERED that any relief not expressly granted herein is DENIED.

SIGNED this 11TH day of _____February_____, 2003.

_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE

2